**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION FOR ACCESS TO VIDEO EXHIBITS | Case No: 21-mc-90-RBW |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2021, I caused true and correct copies of the Press

Coalition's Application for Access to Video Exhibits and to Set Aside Standing Order No. 21-28

(Dkt. 1) to be served via electronic mail and U.S. Mail on the following:

Natasha Taylor-Smith
FEDERAL COMMUNITY DEFENDER OFFICE
Trial Unit
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
215-928-1100
Email: nancy_ellis@fd.org

*Counsel for Defendant Kyle Fitzsimons*


Brandon K. Regan
DOJ-USAO
Federal Major Crimes
555 4th St NW
Washington, DC 20530
202-252-7759
Email: brandon.regan@usdoj.gov

Puja Bhatia
DOJ-USAO
555 4th Street NW
Ste Office 9439
Washington, DC 20530
202-809-3575
Email: puja.bhatia@usdoj.gov

*Counsel for the United States of America*

Dated:  June 17, 2021

Respectfully submitted,

BALLARD SPAHR LLP

/s/ *Charles D. Tobin*
Charles D. Tobin (#455593)
Maxwell S. Mishkin (#1031356)
Lauren Russell (#1697195)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Tel: (202) 661-2200
Fax: (202) 661-2299
tobinc@ballardspahr.com
mishkinm@ballardspahr.com
russelll@ballarspahr.com

*Counsel for the Press Coalition*